FILED'09 AUG 28 11:26 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GRACIELA S. BARRERA,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.

Civ. No. 08-826-CL

ORDER

**PANNER, District Judge**:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate

1 - ORDER

Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#20) is adopted. The Commissioner's decision is reversed and remanded for the ALJ to consider Dr. Chapin's opinion and to correct the other errors identified in the Report and Recommendation.

IT IS SO ORDERED.

DATED this 26 day of August, 2009.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER