FILED'09 DEC 03 13:04 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GRACIELA S. BARRERA,
    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

CV# 08-826-CL

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5492.30 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No costs or expenses are to be paid. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310.

DATED this 3 day of ~~November~~, 2009.

Owen M. Panner
United States District Judge